IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD ALBIN BLOM, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|         v. | ) Civil Action No. 05-408 |
| | ) Judge Conti |
| UNITED STATES OF AMERICA, | ) Magistrate Judge Caiazza |
| | ) In Re: Doc. 11 |
| | ) |
|     Respondent. | ) |

### ORDER

The Petitioner's Motion for Order of Judgment of Default (Doc. 11) is denied. The United States of America responded to the Petition for Writ of Habeas Corpus on August 4, 2005. See Doc. 10

August 8, 2005        S/ Francis X. Caiazza
                                Francis X. Caiazza
                                U.S. Magistrate Judge

cc:
Donald Albin Blom, EJ-7352
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Christy Wiegand - AUSA

```
DONALD ALBIN BLOM, EJ-7352
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
```