**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
DONALD ALBIN BLOM,              )
                               )
        Petitioner,            )
                               )
            v.                 )    Civil Action No. 05-408
                               )    Judge Conti
UNITED STATES OF AMERICA,       )    Magistrate Judge Caiazza
                               )
                               )
        Respondent.            )
```

**MEMORANDUM ORDER**

Donald Albin Blom's Petition for Writ of Habeas Corpus was received by the Clerk of Court on March 24, 2005 and was referred to United States Magistrate Judge Francis X. Caiazza for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on March 7, 2006, recommended that the Petition for Writ of Habeas Corpus filed by Donald Albin Blom be denied without prejudice. The parties were allowed ten (10) days from the date of service to file objections.  Service was made on the Petitioner by First Class United States Mail and on Respondents.  Objections were filed by the Petitioner on March 15, 2006.  After de novo review of the pleadings and documents in the case, together with the

Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this <u>21st</u> day of <u>March</u>, 2006;

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is DENIED without prejudice.

The Report and Recommendation of Magistrate Judge Caiazza, dated March 7, 2006, is adopted as the opinion of the court.


<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Donald Albin Blom, EJ-7352
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Christy Wiegand - AUSA